```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA　　　　:　　CRIMINAL ACTION
　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:
DOUGLAS EDWARDS　　　　　　　　:　　NO. 02-662

ORDER

AND NOW, this 23rd day of April, 2014, upon consideration of defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Prison (Docket #214), the government's response thereto, and after a hearing on January 23, 2013, IT IS HEREBY ORDERED that said motion is DENIED for the reasons stated in a memorandum bearing today's date.

IT IS FURTHER ORDERED that a certificate of appealability will not issue because the defendant has not made a substantial showing of the denial of a constitutional right.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　/s/ Mary A. McLaughlin___
　　　　　　　　　　　　　　　MARY A. McLAUGHLIN, J.